# ELECTRONIC RECORD

COA #14-13-00769-CR

STYLE: Shawn Mayreis v The State of Texas

COA DISPOSITION: Affirmed

DATE: March 24, 2015   Publish: Yes

OFFENSE: Capital Murder

COUNTY: Harris

TRIAL COURT: 184th District Court

TC CASE #: 1340556

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Shawn Mayreis v The State of Texas

CCA # _____

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___06/24/15_____

JUDGE: ___Per Curiam_____

CCA Disposition: ___462-15___

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

-----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**